








```
BJR    3/14/03    9:17
3:02-CR-03048   USA V. BOUGHADER-MUCHARRAFI
*25*
*CRMO.*
```

# Minutes of the United States District Court
## Southern District of California
### Thursday, March 13, 2003

2002CR03048-W

**For the Honorable:** Thomas J. Whelan   District Judge

**Deputy Clerk:** Corey Tremble   **Court Reporter/ECR:** Melissa Pierson

**On Calendar:**

2002CR03048-W

USA vs.                                                              Lang Booking #

(2) PATRICIA SERRANO-VALDEZ (C)                 (2) Frank Torres Morell  RET
    MTD: 04-02-2003                                            619 498-0667

                                                                      Michael P. Skerlos  AUSA
                                                                      619 557-5610

**DISPOSITION HRG  (2)**

**Minutes:**

DISPOSITION HEARING

THE DEFENDANT ENTERS A GUILTY PLEA TO COUNT FIVE OF THE INDICTMENT.
PLEA AGREEMENT FILED.
PRESENTENCE REPORT ORDERED.
PO REPORT AND SENT HRG SET FOR 6/17/03 AT 9AM.

Printed:   03/13/2003   9:29 am                                                    Page 1 of 1