USDC SCAN INDEX SHEET










```
BJR    6/19/03    11:41
3:02-CR-03048   USA V. BOUGHADER-MUCHARRAFI
*33*
*CRMO.*
```

# Minutes of the United States District Court
## Southern District of California
### Tuesday, June 17, 2003

2002CR03048-W

**For the Honorable:** Thomas J. Whelan   District Judge

**Deputy Clerk:** Corey Tremble   **Court Reporter/ECR:** Melissa Pierson

**On Calendar:**

2002CR03048-W

USA vs.

(2) PATRICIA SERRANO-VALDEZ (C)
P  CT 5

Lang Booking #
SPA 85550198   (2) Frank Torres Morell  RET
619 498-0667
Michael P. Skerlos  AUSA
619 557-5610

PO REPORT AND SENTENCING (2)

**Minutes:**

SENTENCING ON COUNT FIVE OF THE INDICTMENT

THE COURT ORDERS THE SENTENCING LETTERS FROM THE AUSA AND DEFENSE COUNSEL FILED AND SEALED.

CUSTODY OF THE BUREAU OF PRISONS 10 MONTHS.
SUPERVISED RELEASE 2 YEARS.
$100.00 PENALTY ASSESSMENT.
COUNTS 1,3,4,6,7 & 8 ORDERED DISMISSED.